UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT GOOKSTETTER,<br><br>            Plaintiff,<br><br>      v.<br><br>AUTONATION, INC,<br><br>            Defendant. | Case No.  14-cv-01655-BLF<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE DATES**<br><br>[Re: ECF No. 24] |

The Court is in receipt of the parties' Notice of Tentative Settlement and Request by Stipulation to continue the due dates and hearing dates in this case, filed May 22, 2014.  (Stip., ECF 24)  Finding good cause, the Court hereby GRANTS the parties' request as follows:

1. The Case Management Conference is continued to July 3, 2014 at 1:30 p.m. in Courtroom 3, San Jose Courthouse;

2. The due dates for Defendant's opposition and Plaintiff's reply to Plaintiff's Motion to Remand, as well as the June 19, 2014 hearing date for the motion, are VACATED;

3. On or before June 26, 2014, the parties shall file either a Stipulation of Dismissal or a Joint Case Management Statement proposing dates for completing briefing on Plaintiff's Motion to Remand and for hearing the parties' respective motions.

**IT IS SO ORDERED.**

Dated: May 27, 2014

_____
BETH LABSON FREEMAN
United States District Judge