JOHN E. LATTIN, Bar No. 167876
jlattin@laborlawyers.com
SHAUN J. VOIGT, Bar No. 265721
svoigt@laborlawyers.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone   (949) 851-2424
Facsimile    (949) 851-0152

Attorneys for Defendant, AutoNation, Inc.

KENNETH J. ROSE, Bar No. 114247
krose@rosegroup.us
THE ROSE GROUP APC
Scripps Northridge Technology Center
10635 Scripps Summit Court, Suite 139
San Diego, CA 92131
Telephone   (619) 822-1088
Facsimile    (619) 822-1088

Attorneys for Plaintiff, SCOTT GOOKSTETTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GOOKSTETTER;<br><br>          Plaintiff,<br><br>     vs.<br><br>AUTONATION; and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No. 5:14-cv-01655-BLF<br><br>*[Removed From Santa Clara Superior Court Case No. 114CV261484]*<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**Fed. R. Civ. Proc. 41(a)**<br><br>*[~~PROPOSED~~] ORDER FILED CONCURRENTLY HEREWITH]*<br><br>Complaint Filed:   February 28, 2014<br>Trial Date:            N/A |

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys for Plaintiff Scott Gookstetter ("Plaintiff") and Defendant AutoNation, Inc. ("Defendant") as follows:

1

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE-5:14-cv-01655-BLF

1   WHEREAS, the Parties have resolved their dispute, and have agreed to
2   keep the terms of their settlement confidential;

3   AND WHEREAS, the Parties have entered into a Confidential Settlement
4   Agreement;

5   NOW, THEREFORE, for good cause appearing and in accordance with
6   their Confidential Settlement Agreements and Federal Rule of Civil Procedure
7   41(a)(1)(A)(ii), the Parties hereby stipulate and agree to dismiss this action with
8   prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

10  DATED: June 17, 2014                FISHER & PHILLIPS LLP

12                                      By:   /s/ *John E. Lattin*
                                              JOHN E. LATTIN
13                                            SHAUN J. VOIGT
                                              Attorneys for Defendant
14                                            AUTONATION, INC.

16  DATED: June 17, 2014                THE ROSE GROUP APC

18                                      By:   /s/ *Kenneth J. Rose*
                                              KENNETH J. ROSE
19                                            Attorney for Plaintiff
                                              SCOTT GOOKSTETTER

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.
23       The Clerk of the Court shall close the case file.

26  Dated: June 18, 2014                _____
27                                      BETH LABSON FREEMAN
                                        United States District Judge